IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V., <br><br> Plaintiff, <br><br> v. <br><br> CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A., <br><br> Defendants. | Case No. 1:22-mc-00264-UNA |

**MOTION FOR AN ORDER AUTHORIZING
THE ISSUANCE OF A WRIT OF *FIERI FACIAS***

ConocoPhillips Gulf of Paria B.V. ("Plaintiff") hereby moves, pursuant to Federal Rule of Civil Procedure 69, 10 *Del. C.* § 5031, and 8 *Del. C.* § 324, and 28 U.S.C. § 1610(c), for an order authorizing the issuance of the Plaintiff's proposed writ of *fieri facias* against the shares of the Delaware corporation PDV Holding, Inc. ("PDVH") owned by the Judgment Debtor Petróleos de Venezuela, S.A. ("PDVSA"), and against any other assets or rights PDVSA may have incident to its ownership of those shares, on the same terms prescribed by the Court in parallel litigation described in more detail in the attached supporting Brief.

The bases for this motion are set forth in the Opening Brief in Support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of *Fieri Facias*; the Declaration of Marcus J. Green, dated June 14, 2022, and its accompanying exhibits, including Plaintiff's proposed order, proposed *praecipe* and proposed writ of *fieri facias*.

                      Respectfully submitted,

*Of Counsel*:                            ROSS ARONSTAM & MORITZ LLP

Michael S. Kim                     */s/ Garrett B. Moritz*
Marcus J. Green                    Garrett B. Moritz (Bar No. 5646)
Josef M. Klazen                     Elizabeth M. Taylor (Bar No. 6468)
KOBRE & KIM LLP               Hercules Building
800 Third Avenue                 1313 North Market Street, Suite 1001
New York, NY 10022            Wilmington, DE 19801
(212) 488-1200                      (302) 576-1600
michael.kim@kobrekim.com      gmoritz@ramllp.com
marcus.green@kobrekim.com     etaylor@ramllp.com
jef.klazen@kobrekim.com

                                                  *Attorneys for Plaintiff*

Dated: June 15, 2022