# Exhibit 3

AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19-cv-07304-LGS |
| CORPORACIÓN VENEZOLANA DEL PETRÓLE | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __12/03/2020__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __May 24, 2022__

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

[ Print ]   [ Save As... ]                                                   [ Reset ]

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V., <br><br> Petitioner, <br><br> v. <br><br> CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A., <br><br> Respondents. | Case No. 19-cv-07304-LGS |

**[PROPOSED] JUDGMENT**

This matter is before the Court on (1) the petition ("Petition") of ConocoPhillips Gulf of Paria B.V. ("Petitioner") for an order and judgment confirming, recognizing and enforcing a final, binding arbitration award against Corporación Venezolana del Petróleo S.A. and Petróleos de Venezuela, S.A. ("Respondents"), issued in New York, New York on July 29, 2019 by an arbitration tribunal constituted under the auspices of the International Chamber of Commerce in *ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo S.A. and Petróleos de Venezuela, S.A.*, Case No. 22527/ASM/JPA (the "ICC Award"); and (2) the stipulation of Petitioner and Respondents stipulating and consenting to the entry of judgment confirming the ICC Award ("Stipulation").

Upon the Petition and Stipulation and pursuant to sections 9 and 207 of the Federal Arbitration Act, 9 U.S.C. §§ 9, 207 and Article V of the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, this Court hereby:

**ORDERS, ADJUDGES AND DECREES**:

The Petition is granted; **Final Money Judgment** is entered in favor of ConocoPhillips Gulf of Paria B.V. against Corporación Venezolana del Petróleo S.A. and Petróleos de Venezuela, S.A., jointly and severally, in the liquidated amount of US $48,008,707 (forty-eight million, eight thousand, seven hundred and seven United States Dollars) and interest shall accrue on this judgment at the rate set forth in 28 U.S.C. § 1961.

This Court **FURTHER ORDERS, ADJUDGES AND DECREES:**

That execution shall issue upon this judgment and that this Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the terms of this Judgment, and to grant such other and further relief as the Court deems appropriate in the interests of justice.

The Clerk of Court is respectfully directed to close the case.

So Ordered.

Dated: December 3, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

CERTIFIED AS A TRUE COPY ON
THIS DATE 5/24/2022
BY _____
( ) Clerk
(✓) Deputy