IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V.,<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Defendants. | Case No. 1:22-mc-00264-LPS |

**[PROPOSED] ORDER**

Upon review and consideration of ConocoPhillips Gulf of Paria B.V.'s Motion for an Order Authorizing the Issuance of a Writ of *Fieri Facias* ("Plaintiff's Motion") and the accompanying materials submitted in support of Plaintiff's Motion, and in accordance with 28 U.S.C § 1610(c), Rule 69 of the Federal Rules of Civil Procedure, Local Rule 69.1, 10 *Del. C.* § 5031, 8 *Del. C.* § 324, and the Rules of the Delaware State Courts, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED solely to the extent that the Court has granted similar relief to Phillips Petroleum Company Venezuela Limited, ConocoPhillips Petrozuata B.V., and Red Tree Investments, LLC in Misc. No. 19-342, D.I. 43 and Misc. Nos. 22-68 & 22-69, D.I. 15, and subject to Petróleos de Venezuela, S.A.'s rights of appeal and the preservation of its objections; and

ORDERED that upon the Court's receipt of evidence that the U.S. Treasury Department's Office of Foreign Assets Control has either (i) authorized the issuance and service of a writ of attachment or (ii) removed the sanctions under which the PDVH shares are currently blocked property, then the Clerk of this Court is authorized to affix its original signature and seal on

Case 1:22-mc-00264-LPS   Document 19   Filed 10/12/22   Page 2 of 2 PageID #: 114

2

Plaintiff's writ of *fieri facias*. The Clerk of Court is directed not to issue or serve the writ of attachment until further order of the Court.

SO ORDERED this___ day of_____, 2022.

_____
HONORABLE LEONARD P. STARK